# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CWF HAMILTON & CO, LTD., ,

      Plaintiff,        :        Case No. 3:10-cv-339

   -vs-                                    Magistrate Judge Michael R. Merz

                                  :

THE SCHAEFER GROUP, INC.,

      Defendant.

## REFERRAL FOR MEDIATION

On Joint Motion of the Parties (Doc. No. 22) and pursuant to S.D. Ohio Civ. R. 16.3 and General Order, No. DAY-12-01, § 1.3.5, the above-captioned action is referred for mediation. The case shall be assigned to a mediator by The Honorable Sharon L. Ovington, ADR Coordinator for the Dayton location of court.

The parties shall promptly advise the undersigned if changes are needed in the case schedule to accommodate mediation, noting the pendency of Defendant's Motion for Partial Summary Judgment (Doc. No. 19).

February 28, 2012.

                                                        s/ **Michael R. Merz**
                                                    United States Magistrate Judge