IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CWF HAMILTON & CO., LTD.
d/b/a HAMILTON JET,                                    :

                      Plaintiff,   Case No. 3:10-cv-339

                                      Magistrate Judge Michael R. Merz

   -vs-

THE SCHAEFER GROUP, INC.,

                      Defendant.           :

## CONDITIONAL DISMISSAL ENTRY

      The Court having been advised by The Honorable Michael J. Newman, the assigned mediator in this case, that the above matter has been settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than June 22, 2012, reopen the action if settlement is not consummated.  The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court.  Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

      This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties, on motion or *sua sponte.*

      Each party shall bear its own costs.

April 23, 2012.

                                                             s/ **Michael R. Merz**
                                                             United States Magistrate Judge