IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CWF HAMILTON & CO., LTD. D/B/A HAMILTON JET, | : | CASE NO. 3:10cv339 |
| | : | (Magistrate Judge Michael R. Merz) |
| Plaintiff, | : | |
| v. | : | |
| THE SCHAEFER GROUP, INC., | : | **AGREED ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | : | |

_____

Pursuant to a settlement agreement between the parties, CWF Hamilton & Co., Ltd. d/b/a Hamilton Jet and The Schaefer Group, Inc., agree that all claims in this case are dismissed with prejudice.  This Court retains jurisdiction to enforce the settlement agreement reached by the parties, on motion or *sua sponte*.  Each party will bear its own respective costs and attorneys' fees.

It is therefore ORDERED that all claims in the above-referenced case are dismissed with prejudice.

June 19, 2012                                                                                      s/ **Michael R. Merz**
                                                                                                          United States Magistrate Judge

2

AGREED:


s/ Martin A. Foos
Martin A. Foos (0065762)
Melinda K. Burton (0064618)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3729
Telecopier: (937) 227-3717
Email: mfoos@ficlaw.com

Attorneys for Plaintiff
CWF Hamilton & Co., Ltd. d/b/a Hamilton Jet



s/ Andrew C. Storar (per authorization)
Andrew C. Storar
Michael W. Sandner
Joshua M. Kin
PICKREL SCHAEFFER & EBELING CO., LPA
40 North Main Street, Suite 2700
Dayton, OH 45423-2700
Telephone: (937) 223-1130
Telecopier: (937) 223-0339
Email: astorar@pselaw.com

Attorneys for Defendant
The Schaefer Group, Inc.

606808.1